```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-04557-HWV
Janice L Dausinger                                                  Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 2               Date Rcvd: Mar 13, 2018
                               Form ID: ntcnfhrg            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db              Janice L Dausinger,    36 N. Albemarle Street,    York, PA  17403-1108
4987372         Alltran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
4987373        +Capital One Services LLC,    PO Box 30285,    Salt Lake City, UT 84130-0285
4987374         Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
4987375         CitiMortgage Inc.,    Attn: Customer Research Team,    PO Box 10002,    Hagerstown, MD 21747-0002
5025822         Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
4987377         Firestone,    c/o CFNA,    PO Box 81315,    Cleveland, OH 44181-0315
4987378         Ford Motor Credit Company,    P.O. Box 6580,    Mesa, AZ 85216-6508
4987379        +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
5013066        +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
4987382         M&T Bank,    PO Box 8405,    Wilmington, DE 19899-8405
4987384         Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
4987385       ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52409-8026)
5022970        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4987371         E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 19:07:17      AEO/Synchrony Bank,
                 PO Box 960013,    Orlando, FL 32896-0013
4987376         E-mail/Text: mrdiscen@discover.com Mar 13 2018 19:04:51      Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
5010394         E-mail/Text: mrdiscen@discover.com Mar 13 2018 19:04:51      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5033912         E-mail/Text: camanagement@mtb.com Mar 13 2018 19:05:09      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,   Buffalo, NY 14240-1288
4987380        +E-mail/Text: notices@burt-law.com Mar 13 2018 19:05:54      Law Office of Burton Neil,
                 1060 Andrew Ave, Suite 170,    West Chester, PA 19380-5601
4987381        +E-mail/Text: bk@lendingclub.com Mar 13 2018 19:05:45      Lending Club,   71 Stevenson Ste 300,
                 San Francisco, CA 94105-2985
5011994        +E-mail/Text: bk@lendingclub.com Mar 13 2018 19:05:45      LendingClub Corporation,
                 71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
5016444         E-mail/PDF: cbp@onemainfinancial.com Mar 13 2018 19:07:26      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
4987383         E-mail/PDF: cbp@onemainfinancial.com Mar 13 2018 19:07:07      One Main,   Bankruptcy Dept.,
                 PO Box 6042,    Sioux Falls, SD 57117-6042
4987865        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 19:07:19
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5018961         E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2018 19:05:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: DDunbar              Page 2 of 2                Date Rcvd: Mar 13, 2018
                               Form ID: ntcnfhrg          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Michael R Caum    on behalf of Debtor 1 Janice L Dausinger mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Janice L Dausinger<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17−bk−04557−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**April 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 18, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2018 |