IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Janice L. Dausinger | : Case No. 17-bk-04557 |
| Debtor | : |
| | : Chapter 13 |
| Janice Dausinger | : |
| Movant | : |
| v. | : |
| | : |
| Charles Dehart, III | : |
| Respondent | : |

**<u>ORDER DEFERRING CHAPTER 13 PLAN PAYMENTS</u>**

AND NOW, this _____ day of _____, 2020, upon consideration of Debtor's Motion to Defer Chapter 13 Plan payments, IT IS HEREBY ORDERED that Debtor's Chapter 13 plan payments are deferred for three (3) months. The missed payments must be paid at the end of the plan.

_____
J.