```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04557-HWV
Janice L Dausinger                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke          Page 1 of 1              Date Rcvd: Apr 07, 2020
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db            Janice L Dausinger,   36 N. Albemarle Street,   York, PA 17403-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Michael R Caum    on behalf of Debtor 1 Janice L Dausinger mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Janice L. Dausinger | : | Case No. 17-bk-04557 |
| Debtor | : | |
| | : | Chapter 13 |
| Janice Dausinger | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Charles Dehart, III | : | |
| Respondent | : | |

## ORDER DEFERRING CHAPTER 13 PLAN PAYMENTS

AND NOW, upon consideration of Debtor's Motion to Defer Chapter 13 Plan payments, IT IS HEREBY ORDERED that Debtor's Chapter 13 plan payments are deferred for three (3) months. The missed payments must be paid at the end of the plan.

Dated: April 7, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)

Case 1:17-bk-04557-HWV   Doc 72   Filed 04/09/20   Entered 04/10/20 00:42:03   Desc
Imaged Certificate of Notice   Page 2 of 2