```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04557-HWV
Janice L Dausinger                                                  Chapter 13
        Debtor               CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke           Page 1 of 2         Date Rcvd: Sep 08, 2020
                              Form ID: ntsempas         Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db            Janice L Dausinger,    36 N. Albemarle Street,    York, PA 17403-1108
4987372       Alltran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
4987375       CitiMortgage Inc.,    Attn: Customer Research Team,    PO Box 10002,    Hagerstown, MD 21747-0002
5025822       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
4987377       Firestone,   c/o CFNA,    PO Box 81315,    Cleveland, OH 44181-0315
4987378       Ford Motor Credit Company,    P.O. Box 6580,    Mesa, AZ 85216-6508
4987379      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
5013066      +M&T Bank,   PO Box 1508,    Buffalo, NY 14240-1508
4987382       M&T Bank,   PO Box 8405,    Wilmington, DE 19899-8405
4987384       Sprint,   PO Box 541023,    Los Angeles, CA 90054-1023
4987385     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    PO Box 8026,
              Cedar Rapids, IA 52409-8026)
5022970      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4987371       E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 19:52:38      AEO/Synchrony Bank,
               PO Box 960013,    Orlando, FL 32896-0013
4987373      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 19:52:38
               Capital One Services LLC,    PO Box 30285,    Salt Lake City, UT 84130-0285
4987376       E-mail/Text: mrdiscen@discover.com Sep 08 2020 19:46:31      Discover,   PO Box 30943,
               Salt Lake City, UT 84130
5010394       E-mail/Text: mrdiscen@discover.com Sep 08 2020 19:46:31      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4987374       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 08 2020 19:53:02      Chase Bank USA NA,
               PO Box 15298,    Wilmington, DE 19850-5298
5033912       E-mail/Text: camanagement@mtb.com Sep 08 2020 19:46:36      Lakeview Loan Servicing, LLC,
               c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
4987380      +E-mail/Text: notices@burt-law.com Sep 08 2020 19:46:52      Law Office of Burton Neil,
               1060 Andrew Ave, Suite 170,    West Chester, PA 19380-5601
4987381      +E-mail/Text: bk@lendingclub.com Sep 08 2020 19:46:47      Lending Club,   71 Stevenson Ste 300,
               San Francisco, CA 94105-2985
5011994      +E-mail/Text: bk@lendingclub.com Sep 08 2020 19:46:48      LendingClub Corporation,
               71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
5016444       E-mail/PDF: cbp@onemainfinancial.com Sep 08 2020 19:53:03      ONEMAIN,   PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
4987383       E-mail/PDF: cbp@onemainfinancial.com Sep 08 2020 19:52:16      One Main,   Bankruptcy Dept.,
               PO Box 6042,    Sioux Falls, SD 57117-6042
4987865      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 19:52:17
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5018961       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2020 19:46:38
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      Michael R Caum    on behalf of Debtor 1 Janice L Dausinger mikecaumesq@comcast.net
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

      TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Janice L Dausinger

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 1:17−bk−04557−HWV

Document Number: 77

Matter: Motion to Modify Confirmed Plan

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 31, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 10/14/20**<br>**Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **September 29, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JoanGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 8, 2020 |

ntsempas(05/18)