IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:   Janice L. Dausinger            : Case No:  17-04557
                Debtor                  :
                                        : Chapter 13
                                        : Motion to Modify Confirmed Plan

## ORDER

All parties in interest having been notified that the court would grant the Debtors' request to modify the Confirmed Chapter 13 Plan if no objections were filed by September 25, 2020.

It is hereby Ordered that the modification proposed on September 4, 2020 by the Debtors' is hereby made a part of the confirmed plan.

_____
J.