Certificate Number: 05781-PAM-DE-035091568

Bankruptcy Case Number: 17-04557



05781-PAM-DE-035091568

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2020, at 11:04 o'clock AM PST, Janice Dausinger completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 16, 2020

By: /s/Allison M Geving

Name: Allison M Geving

Title: President